## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOSEPH SMITH, ADC #127880                                          PLAINTIFF


v.                              Case No. 5:10-cv-264-DPM


LARRY NORRIS, Former Director,
Arkansas Department of Correction;
REGINA M. MARTIN, Corporal,
Delta Regional Unit, ADC; JESSE
M. OWENS, Major, Delta Regional
Unit, ADC; JOHNNIE RAY HARRIS,
Disciplinary Hearing Officer, Delta
Regional Unit, ADC; JAMES
GIBSON, Disciplinary Hearing
Administrator, Arkansas Department
of Correction; MARK CASHION,
Warden, Delta Regional Unit, ADC;
and RAY HOBBS, Director, Arkansas
Department of Correction                                          DEFENDANTS


### ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed

Findings and Recommended Disposition—to which Joseph Smith

objected—and conducted a *de novo* review of the record. The Court adopts

Judge Ray's Proposed Findings and Recommended Disposition with two

clarifications.

First, whether an "atypical, significant deprivation" occurred turns on the particulars of the punitive segregation. *Sandin v. Conner*, 515 U.S. 472, 486 (1995). A thirty-day segregation might not pass muster if it worked a major disruption in the inmate's environment as compared to the general population. *Ibid.* Smith did not describe his conditions of segregated confinement or how his confinement differed from administrative segregation, protective custody, or the general population's conditions. His Due Process claim therefore fails. *Portley-El v. Brill*, 288 F3d 1063, 1065-66 (8th Cir. 2002).

Second, *Sanders v. Norris*, No. 05-2398, 2005 WL 2861952 (8th Cir. 2 Nov. 2005), an unpublished opinion predating Federal Rule of Appellate Procedure 32.1, is not precedent and may not be cited. 8TH CIR. R. 32.1A.

An *in forma pauperis* appeal of this order and the subsequent judgment would be frivolous and not in good faith. This dismissal counts as a "strike" for purposes of 28 U.S.C.A. § 1915(g) (West 2006).

So Ordered.

_D.P.Marshall Jr._
D.P. Marshall Jr.
United States District Judge

18 Oct. 10